Submitted January 3, reversed February 12, 2014

In the Matter of G. H. W.,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent,*

*v.*

G. H. W.,
*Appellant.*

Deschutes County Circuit Court
13MH0007; A155312

323 P3d 337

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Matthew J. Preusch, Assistant Attorney General, filed the brief for respondent.

Before Wollheim, Presiding Judge, and Lagesen, Judge, and Schuman, Senior Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment continuing to commit him as a mentally ill person for a period not to exceed 180 days. ORS 426.307. Among other contentions, appellant argues that, contrary to the trial court's ruling, the record does not establish by clear and convincing evidence that he is a danger to himself or others because of a mental disorder. *See* ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient for involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.